UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

| | |
|---|---|
| UNIVERSITY OF KENTUCKY RESEARCH FOUNDATION, INC., <br><br> PLAINTIFF <br><br> v. <br><br> NIADYNE, INC., <br><br> DEFENDANT. | Civil Action No. 3:13-CV-00016-GFVT <br><br> *Electronically Filed* |

**MOTION TO REMAND**

The Plaintiff, University of Kentucky Research Foundation, Inc. ("UKRF"), pursuant to 28 U.S.C. § 1447, moves to have this action remanded to the Franklin Circuit Court because there is no federal question, Defendant's removal is untimely and the Eleventh Amendment bars the counterclaims against UKRF. UKRF also files a memorandum in support of this motion. Based on the arguments set forth therein, UKRF asks that this Court remand this action to the Franklin Circuit Court and award costs and expenses, including attorney fees, to UKRF.

Respectfully submitted,

/s/ R. Benjamin Crittenden
Philip W. Collier
Thad M. Barnes
STITES & HARBISON, PLLC
400 West Market Street
Suite 1800
Louisville, KY  40202-3352
Telephone: (502) 587-3400
pcollier@stites.com
tbarnes@stites.com

Mark R. Overstreet
R. Benjamin Crittenden
STITES & HARBISON, PLLC
421 West Main Street
P.O. Box 634
Frankfort, KY 40602-0634
Telephone:  (502) 223-3477
moverstreet@stites.com
bcrittenden@stites.com

William E. Thro, Esq.
University of Kentucky
301 Main Building
Lexington, KY 40506-0032
Telephone (859) 257- 2936
william.thro@uky.edu

COUNSEL FOR PLAINTIFF, UNIVERSITY OF KENTUCKY RESEARCH FOUNDATION, INC.

-3-

## CERTIFICATE OF SERVICE

      It is hereby certified that on this 25th day of April, 2013, a copy of the foregoing *Motion to Remand* was filed electronically with the Clerk's office by using the CM/ECF system and served electronically and via United States Mail, postage prepaid, upon the parties listed below. Parties may also access this filing through the Court's ECF system.

| | |
|---|---|
| Kevin T. Duncan<br>Michael A. Valenti<br>John E. Hanley<br>Valenti Hanley & Robinson, PLLC<br>One Riverfront Plaza, Suite 1950<br>401 West Main Street<br>Louisville, KY 40202 | R. Anthony Young<br>Wyrick Robbins Yates & Ponton LLP<br>4101 Lake Boone Trail, Suite 300<br>Raleigh, NC 27607 |

      /s/ R. Benjamin Crittenden
      Counsel for Plaintiff, University of Kentucky
      Research Foundation, Inc.